H. C. JONES, Individually and as Collector of Internal Revenue, v. FIRST NATIONAL BUILDING CORPORATION.

No. 2596.

Circuit Court of Appeals, Tenth Circuit.

Aug. 13, 1942.

George H. McElroy, Asst. U. S. Atty., of Oklahoma City, Okl., for appellant.

Earl Pruet, of Oklahoma City, Okl., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal, D.C., 36 F.Supp. 682, dismissed on motion of appellant.